UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

LATISHA MONIQUE SIMPSON,

          Plaintiff,

v.

CAROLYN W. COLVIN,
*Commissioner, Social Security Administration*,

          Defendant.

Action No. 3:13-CV-250

## **ORDER**

THIS MATTER is before the Court on Latisha Monique Simpson's objections to Judge David J. Novak's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Social Security Disability and Supplemental Security Income payments. The decision of the Commissioner of the Social Security Administration, Carolyn W. Colvin, to deny benefits was based on a finding by an Administrative Law Judge ("ALJ") who determined that Simpson is not disabled according to the Social Security Act. Because the ALJ applied the correct legal standard and came to a conclusion supported by substantial evidence, the Court OVERRULES Simpson's objection and ADOPTS Judge Novak's R&R as the ruling of this Court.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                      _____/s/_____
                                                      James R. Spencer
                                                      United States District Judge

ENTERED this   28th   day of February 2014.